**DISMISSED and Opinion Filed March 17, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01031-CV

**DON WRIGHT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-12124**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

On March 13, 2020, appellant Don Wright filed a motion to dismiss this appeal which arose from his attempt to change his name.

This Court hereby grants the motion to dismiss and orders the appeal dismissed. *See* TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

181031f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DON WRIGHT, Appellant

No. 05-18-01031-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-18-12124. Opinion delivered by Justice Bridges. Justices Molberg and Partida-Kipness participating.

     In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 17th day of March 2020.